UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25375

SARAH ESPINOZA MEDRANO,

    Plaintiff,

vs.

PASTA E BASTA LLC AND
NICCOLO DE ZAMBIASI,

    Defendants.
_____/

SUMMONS IN A CIVIL ACTION

TO:    Niccolo De Zambiasi
        1900 Purdy Ave, Apt 2414
        Miami Beach, FL 33139

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel:    (305) 230-4884
        brian@fairlawattorney.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____        CLERK OF COURT

                                        _____
                                        Signature of Clerk or Deputy Clerk

Civil Action No.:

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any)_____was received by me on (date)_____.

☐ I personally served the summons on the individual at (place) _____ _____, on (date)_____; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____ _____, a person of suitable age and discretion who resides there,_____on (date) , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ designated by law to accept service of process on behalf of (name of organization) _____ _____on (date) _____; or

☐ I returned the summons unexecuted because _____;

or

☐ Other (specify):

.

My fees are $_____for travel and $_____for services, for a total of $_____

I declare under penalty of perjury that this information is true.

Date:_____                            _____
                                              Server's Signature

                                              _____
                                              Printed Name and Title

                                              _____
                                              Server's address

Additional information regarding attempted service, etc: