UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25375-MORENO/D'ANGELO

SARAH ESPINOZA MEDRANO,

    Plaintiff,

vs.

PASTA E BASTA LLC AND
NICCOLO DE ZAMBIASI,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING PLURIES SUMMONSES**

    Plaintiff, Sarah Espinoza Medrano, notices the Court of the filing of the Pluries Summonses to be issued by the Clerk of this Court to Defendants, Pasta E Basta LLC and Niccolo De Zambiasi, for the Amended Complaint [ECF No. 5].

    Dated this 19th day of November 2025.

                              s/Brian H. Pollock, Esq.
                              Brian H. Pollock, Esq. (174742)
                              brian@fairlawattorney.com
                              FAIRLAW FIRM
                              135 San Lorenzo Avenue
                              Suite 770
                              Coral Gables, FL 33146
                              Tel:    305.230.4884
                              *Counsel for Plaintiff*