UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25375-MORENO/D'ANGELO

SARAH ESPINOZA MEDRANO,

     Plaintiff,

vs.

PASTA E BASTA LLC AND
NICCOLO DE ZAMBIASI,

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF FILING SUMMONSES

     Plaintiff, Sarah Espinoza Medrano, notices the Court of the filing of Summonses to be issued by the Clerk of this Court to Defendants, Pasta E Basta LLC and Niccolo De Zambiasi.

     Dated this 21st day of November 2025.

                              s/Brian H. Pollock, Esq.
                              Brian H. Pollock, Esq. (174742)
                              brian@fairlawattorney.com
                              FAIRLAW FIRM
                              135 San Lorenzo Avenue
                              Suite 770
                              Coral Gables, FL 33146
                              Tel:    305.230.4884
                              *Counsel for Plaintiff*