AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| SARAH ESPINOZA MEDRANO <br><br> *Plaintiff(s)* <br><br> v. <br><br> PASTA E BASTA LLC AND <br> NICCOLO DE ZAMBIASI <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1:25-CV-25375-FAM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PASTA E BASTA LLC
c/o NICCOLO DE ZAMBIASI, its Registered Agent
25 S.E. 2ND AVE.
SUITE 550
MIAMI, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   _____11/24/2025_____

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |
|---|---|
| SARAH ESPINOZA MEDRANO <br><br>_Plaintiff(s)_ <br> v. <br> PASTA E BASTA LLC AND <br> NICCOLO DE ZAMBIASI <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  1:25-CV-25375-FAM |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Niccolo De Zambiasi
1900 Purdy Ave, Apt 2414
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  _____11/24/2025_____

_s/ J. Adams_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court