UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25375-MORENO/D'ANGELO

SARAH ESPINOZA MEDRANO,

      Plaintiff,

vs.

PASTA E BASTA LLC AND
NICCOLO DE ZAMBIASI,

      Defendants.

_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

      Katelyn Schickman, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Sarah Espinoza Medrano, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address/email address.

      Dated this 24th day of November 2025.

                        s/Katelyn Schickman, Esq.
                        Katelyn Schickman, Esq. (1064879)
                        katie@fairlawattorney.com
                        FAIRLAW FIRM
                        135 San Lorenzo Avenue
                        Suite 770
                        Coral Gables, FL 33146
                        Tel:  305.230.4884
                        *Counsel for Plaintiff*