## **DECLARATION AND NOTICE OF CONSENT TO JOIN**

Pursuant to 28 U.S.C. §1746, I hereby make the following declaration:

1. I am over 18 years of age and am capable of making this declaration. This declaration is made on my own personal knowledge.

2. Pursuant to 29 U.S.C. §216(b), I consent to serve as a plaintiff in the above-referenced FLSA action.

3. I was employed by Pasta E Basta LLC and Niccolo De Zambiasi, from approximately 1/17/2024 to 06/19/2025.

4. I was not paid at least a minimum wage and/or overtime wages for all the time that I worked.

5. I agree to be bound by any decision in this case.

Signed: _Juana Riesterer (Dec 19, 2025 16:03:34 EST)_

Printed Name: Juana Mavel Riesterer

Dated: 19/12/2025

# Consent to join (J. Riesterer)

Final Audit Report                                                                                          2025-12-19

| | |
|---|---|
| Created: | 2025-12-19 |
| By: | Katie Schickman (katie@fairlawattorney.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAN8Fu3USj-qyVLFtavxjgyr8Gzl0kbEsX |

## "Consent to join (J. Riesterer)" History

- Document created by Katie Schickman (katie@fairlawattorney.com)
  2025-12-19 - 8:21:35 PM GMT

- Document emailed to Juana Riesterer (juanariesterer@msn.com) for signature
  2025-12-19 - 8:21:38 PM GMT

- Email viewed by Juana Riesterer (juanariesterer@msn.com)
  2025-12-19 - 8:59:38 PM GMT

- Document e-signed by Juana Riesterer (juanariesterer@msn.com)
  Signature Date: 2025-12-19 - 9:03:34 PM GMT - Time Source: server

- Agreement completed.
  2025-12-19 - 9:03:34 PM GMT

Adobe Acrobat Sign