UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25375-MORENO/D'ANGELO

SARAH ESPINOZA MEDRANO,

    Plaintiff,

v.

PASTA E BASTA LLC AND
NICCOLO DE ZAMBIASI,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF STRIKING
(ECF NO. 12)

Plaintiff, Sarah Espinoza Medrano, notifies the Court and all parties of the striking of Plaintiff's Notice of Filing Consent to Join [ECF No. 12] due to the scrivener's errors contained therein.

Respectfully submitted this 19th day of December 2025,

                                      s/Katelyn Schickman, Esq
                                      Brian H. Pollock, Esq. (174742)
                                      brian@fairlawattorney.com
                                      Katelyn Schickman, Esq. (1064879)
                                      katie@fairlawattorney.com
                                      FAIRLAW FIRM
                                      135 San Lorenzo Avenue
                                      Suite 770
                                      Coral Gables, Florida 33146
                                      Telephone: (305) 230-4884
                                      Counsel for Plaintiff