UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25375-MORENO/D'ANGELO

SARAH ESPINOZA MEDRANO,

    Plaintiff,

vs.

PASTA E BASTA LLC AND
NICCOLO DE ZAMBIASI,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN
**(Juana Mavel Riesterer)**

Plaintiff, Sarah Espinoza Medrano, notices the Court and all parties of the filing of the Consent to Join in these proceedings by Juana Mavel Riesterer.

Dated this 19th day of December 2025.

                                          s/Katelyn Schickman, Esq.
                                          Brian H. Pollock, Esq.
                                          Fla. Bar No. 174742
                                          brian@fairlawattorney.com
                                          Katelyn Schickman, Esq.
                                          Fla. Bar No. 1064879
                                          katie@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel:    305.230.4884
                                          *Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com