# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  1:25-cv-25375-MORENO/D'ANGELO

SARAH ESPINOZA MEDRANO,
    Plaintiff,
v.

PASTA E BASTA LLC and
NICCOLO DE ZAMBIASI
    Defendants.
_____/

## AGREED ORDER OF DISMISSAL WITH PREJUDICE AND APPROVING SETTLEMENT

THIS CAUSE came before the Court upon the Parties' Joint Motion for Approval of Settlement and For Dismissal of Action With Prejudice [DE___] (the "Motion"), filed on January 9, 2026. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1.     The Parties' settlement as reflected in their Settlement Agreements and General Releases ("Settlement Agreements") is a fair and reasonable resolution of the dispute, and is hereby approved.

2.     This action is dismissed with prejudice with the Parties to bear their own attorneys' fees and costs except as set forth in the Settlement Agreements.

3.     The Court retains jurisdiction to enforce the Settlement Agreements for 45 days.

4.     The Clerk shall CLOSE this case and DENY all pending motions as moot.

DONE AND ORDERED this _____ day of January 2026.

                                        _____
                                        THE HONORABLE FEDERICO A. MORENO
                                        UNITED STATES DISTRICT JUDGE

84986163;1