UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 25-25375-CIV-MORENO

SARAH ESPINOZA MEDRANDO,

    Plaintiff,

vs.

PASTA E. BASTA LLC, and NICCOLO DE ZAMBIASI,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENTS AND FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Joint Motion for Approval of Settlement and for Dismissal of Action with Prejudice (**D.E. 16**), filed on **January 9, 2026**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. The parties submitted the settlement agreements to the Court for *in camera* review by email on **January 13, 2026**. The Court reviewed the settlement agreements pursuant to *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). It is

**ADJUDGED** that the settlement agreements are APPROVED, this case is DISMISSED with prejudice, and all pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th of January 2026.

_____
FEDERICO A. MORENO

UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record